Argued and submitted March 31, affirmed June 5, petition for review denied August 26, 2003 (335 Or 655)

STATE OF OREGON,
*Respondent,*

*v.*

PAMELA JEAN MCCARTHY,
*Appellant.*

C993722CR; A114963

69 P3d 1274

Ingrid A. MacFarlane, Senior Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, Acting Executive Director, Office of Public Defense Services.

Laura S. Anderson, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Kistler and Schuman, Judges.

PER CURIAM

Affirmed. *State v. Brooks*, 187 Or App 388, 67 P3d 426 (2003); *State v. Austin*, 187 Or App 427, 67 P3d 435 (2003).